UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ALBANIA CASTILLO,
Plaintiff

    v.                        C.A. No. 05-212T

JO ANNE B. BARNHART
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,
Defendant

### O R D E R

This matter is hereby referred to Magistrate Judge David L. Martin for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER:                                            BY ORDER:

_____            _____
Ernest C. Torres                           Deputy Clerk
Chief Judge
Dated: 10/25/05